## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **CASE NO. 15–50161** |
| **GASFRAC ENERGY SERVICES, INC.,** | § | |
| | § | **Chapter 15** |
| Debtor in a foreign proceeding. | § | |
| In re: | § | |
| | § | **CASE NO. 15–50162** |
| **GASFRAC SERVICES GP, INC.,** | § | |
| | § | **Chapter 15** |
| Debtor in a foreign proceeding. | § | |
| In re: | § | |
| | § | **CASE NO. 15–50163** |
| **GASFRAC US HOLDINGS, INC.** | § | |
| | § | **Chapter 15** |
| Debtor in a foreign proceeding. | § | |
| In re: | § | |
| | § | **CASE NO. 15–50164** |
| **GASFRAC ENERGY SERVICES LIMITED PARTNERSHIP,** | § | |
| | § | **Chapter 15** |
| | § | |
| Debtor in a foreign proceeding. | § | |
| In re: | § | |
| | § | **CASE NO. 15–50166** |
| **GASFRAC Inc.,** | § | |
| | § | **Chapter 15** |
| Debtor in a foreign proceeding. | § | |
| In re: | § | |
| | § | **CASE NO. 15–50167** |
| **GASFRAC ENERGY SERVICES (US) INC.,** | § | |
| | § | **Chapter 15** |
| | § | |
| Debtor in a foreign proceeding. | § | |

## MONITOR'S EMERGENCY MOTION FOR JOINT ADMINISTRATION

Now comes Ernst & Young Inc., as the court-appointed monitor (the "**Monitor**") and authorized foreign representative of the above-captioned Debtors,[1] and states:

---

[1] The Debtors are: GASFRAC Energy Services Inc., GASFRAC Services GP Inc., GASFRAC US Holdings Inc., GASFRAC Energy Services Limited Partnership, GASFRAC Inc., and GASFRAC Energy Services (US) Inc.

- 1 -

# I.
# INTRODUCTION

The Debtors are a group of Canadian-based companies who have filed for restructuring under the Companies' Creditors Arrangement Act in Canada, which are foreign proceedings within the meaning of the United States Bankruptcy Code. Petitioner is the Canadian court-appointed monitor, who is a foreign representative within the meaning of the United States Bankruptcy Code. As petitioner, the Monitor seeks recognition of the foreign proceedings as foreign main proceedings under 11 U.S.C. §§ 1515 and 1520. The Monitor seeks joint administration of the cases of these six affiliated Debtors.

# II.
# JURISDICTION, VENUE, AND CORE ALLEGATIONS

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(a) and (b) and 11 U.S.C. § 1501 of the Bankruptcy Code. Venue is proper in this district pursuant to 28 U.S.C. § 1410. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P).

# III.
# EMERGENCY RELIEF REQUESTED

2.     There are six affiliated Debtors that have filed Chapter 15 petitions at the same time. Joint Administration is typically not contested and it a standard first-day order in complex chapter 11 cases. The granting of emergency relief for joint administration will result in savings to the Debtors and ease of administration for the court and the creditors sooner rather than later.

# IV.
# SUPPORT FOR THIS MOTION

3.     The Monitor attaches the following Exhibits to this Motion.

| Exhibit | Description | Comment |
|---------|-------------|---------|
| A | Form Of Order Granting Monitor's Emergency Motion for Joint Administration | |

4. The Monitor also requests that the Court take judicial notice of its files in this case, and relies upon Monitor's Notice Of Filing Of Documents In Support Of First Day Motions, filed contemporaneously herewith.

## V.
## BACKGROUND

### A. The Debtors

5. The "Debtors" are the following six entities: GASFRAC Energy Services Inc. ("**GESI**"), which is the 100% parent company of GASFRAC Services GP Inc. ("**GSGP**"), GASFRAC US Holdings Inc. ("**Holdings**"), and the 99.99865% owner of GASFRAC Energy Services Limited Partnership ("GES LP") (GSGP owns the remaining 0.00135% or one unit of GES LP. Holdings is in turn the 100% owner of GASFRAC Inc. ("**GI**") and GASFRAC Energy Services (US) Inc. ("**GESI US**").

6. Among the company group is GASFRAC Luxembourg Finance S.a.r.l. ("**GLFS**"), which is owned 100% by GESI. GLFS is NOT a debtor in bankruptcy.

7. Together, the Debtors and GLFS shall be called the "**Company**."

### B. The Canadian Proceedings

8. The Companies' Creditors Arrangement Act ("**CCAA**") is a Canadian federal Act that affords financially troubled corporations the opportunity to restructure their financial affairs through a formal process commonly known as a "Plan of Arrangement."

9. The Debtors have instituted CCAA proceedings (the "**Canadian Proceedings**") by filing applications for the commencement of reorganization proceedings pursuant to the CCAA in the Court of Queen's Bench of Alberta, Judicial Centre of Calgary (the "**Canadian Court**").

10. The Canadian Court granted an Initial Order (the "**Initial Order**") for relief in the Canadian Proceedings. Among other things, the Initial Order appointed Ernst & Young Inc. as the Monitor of the Canadian Proceedings under the Initial Order.

11. Contemporaneously with the filing of this Motion, the Monitor filed Official Form No. 1 Chapter 15 petitions for each of the Debtors pursuant to 11 U.S.C. § 1504, 1509(a) and 1515(a).

12. Pursuant to the Initial Order, the Monitor is a foreign representative in a foreign proceeding, and seeks relief under Chapter 15 of the bankruptcy code.

## VI.
## ARGUMENT AND AUTHORITIES

**A.** **Requirements of Local Rule 1015**

The Monitor provides the following information pursuant to L.Rule 1015.

The name and case number of each case sought to be jointly administered. L.Rule 1015(1).

| Debtor Name | Case No. |
|---|---|
| GASFRAC Energy Services Inc. | 15-50161 |
| GASFRAC Services GP Inc | 15-50162 |
| GASFRAC US Holdings Inc. | 15-50163 |
| GASFRAC Energy Services Limited Partnership | 15-50164 |
| GASFRAC Inc. | 15-50166 |
| GASFRAC Energy Services (US) Inc. | 15-50167 |

The proposed style and case number to be used on subsequent pleadings if joint administration is ordered. L.B.R. 1015(2).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **CASE NO. 15–50161** |
| **GASFRAC ENERGY SERVICES, INC.,** | § | **Jointly Administered** |
| *et. al.,*[2] | § | |
| | § | **Chapter 15** |
| Debtors in a foreign proceeding. | § | |

A summary of any administrative or scheduling orders previously entered in the affected cases which may require modification. L.B.R. 1015(3). None.

The need to propose amendments or consolidation of mailing lists in the affected cases for future noticing requirements. L.B.R. 1015(4). The Movant will propose amendments or consolidation of mailing lists to ensure due process and proper notice in future filings.

**B.**    <u>Need for Joint Administration</u>

Fed. R. Bankr. P. 1015(b) allows for the joint administration of a debtor and its affiliates. Each of the Debtors are related to the same corporate family and are managed by the same management. The Debtors plan to propose a sale of all of the assets of all of the Debtors. Joint administration will result in savings to the Debtor and to the creditor body and will save the Court and the clerk's office time by avoiding multiple filings in multiple cases. Otherwise, virtually each time a document is filed, it will likely need to be filed six times. The proposed form of order submitted as **Exhibit A** complies with the Local Rule form and has the protections dictated by that form order.

---

[2] The Debtors are: GASFRAC Energy Services Inc., GASFRAC Services GP Inc., GASFRAC US Holdings Inc., GASFRAC Energy Services Limited Partnership, GASFRAC Inc., and GASFRAC Energy Services (US) Inc.

## VII.
## PRAYER

Wherefore, the Monitor seeks an Order providing for joint administration of the above-captioned Debtors, and for all other relief, at law or in equity, to which the Monitor is justly entitled.

Dated: January 15, 2015

Respectfully submitted,

**FULBRIGHT & JAWORSKI LLP**


By: */s/ Steve A. Peirce*
Steve A. Peirce
State Bar No. 15731200
steve.peirce@nortonrosefulbright.com

300 Convent Street, Suite 2100
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Louis R. Strubeck
State Bar No. 19425600
louis.strubeck@nortonrosefulbright.com
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

**COUNSEL FOR CANADIAN MONITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MONITOR'S EMERGENCY MOTION

FOR JOINT ADMINISTRATION has been served upon the persons entitled to notice by either

U.S. first class mail, postage prepaid or by electronic notification on January 15, 2015.


*/s/Steve A. Peirce*

1161821 Alberta Ltd.
310, 250-6th Avenue SW
Calgary, Alberta T2P 3H7

1168142 Alberta Ltd. o/a CJ's
Towing
207 Rispler Way
Hinton, Alberta T7V 1L8

3 Way Trucking Inc.
PO Box 1207
Boyd, TX 76023

309964 Alberta Ltd.
PO Box 517
Carrot Creek, Alberta T0E
0G0

3-D Welding & Industrial
Supply, Inc.
3016 Hwy. 123
San Marcos, TX 78666

A & B Towing
PO Box 578
Grande Prairie, Alberta T8V
3A6

A.R. Thomson Group
7930 130 ST
Surrey, BC V3W 0H7

A.R. Thomson Group
7930-130 Street
Surrey, British Columbia
V3W 0H7

Accountemps
PO Box 57349 File T57349C
STN A
Toronto, Ontario M5W 5M5

ACS Engineering
16225 Park Ten Place, Suite
110
Houston, TX 77084

AG Sandman Ltd.
P.O. Box 830
Red Deer County, AB T4N
5H2

AGAT Laboratories
2905-12 Street NE
Calgary, Alberta T2E 7J2

Agility Logistics Co
410 Admiral Blvd
Mississauga, Ontario L5T
2N6

Agility Logistics Co
410 Admiral Blvd
Mississauga, Ontario L5T
2N6

AGS Flexitallic, Inc
4340-78 Avenue
Edmonton, Alberta T6B 3J5

Air Liquide
1250 Rene-Levesque W,
Suite 1700
Montreal, Quebec H3B 5E6

Air Liquide Canada Inc.
1250 Rene-Levesque W,
Suite 1700
Montreal, Quebec H3B 5E6

Air Liquide Industrial U.S.
L.P.
PO Box 301046
Dallas, TX 75303-1046

Albert Uresti, MPA
PO Box 2903
San Antonio, TX 78299-2903

Alberta Boilers Safety
Association
9410 - 20 Ave
Edmonton, Alberta T6N 0A4

Alberta Securities
Commission
Suite 600, 250–5th St. SW
Calgary, Alberta, T2P 0R4

Alcor Petrolab
1300 E. Corporate Dr.
Arlington, TX 76006

Altank Leasing Ltd
PO Box 53130 RPO
Marlborough
Calgary, Alberta T2A 7L9

Altank Leasing Ltd
PO Box 53130
RPO Marlborough
Calgary Alberta T2A 7L9

Altex Electronics, LLC
11342 IH 35 North
San Antonio, TX 78233

Ametek Chandler
Engineering
2001 N Indianwood Ave
Broken Arrow, OK 74012

AMTA, Alberta Motor
Transport Association
#1 285005 Wrangler Way
Rocky View,  Alberta T1X
0K3

Ancira Ford
P.O. Box 506
Floresville, TX 78114

Andy's Oilfield Hauling
PO Box 2010
Blackfalds,  Alberta T0M 0J0

Anna D. Gonzales
Wilson County Tax Assessor-
Collector
2 Library Lane, Suite 1
Floresville, TX 78114

APEGA
1500 Scotia One, 10060
Jasper Avenue NW
Edmonton, Alberta T5J 4A2

APEGGA
220 Scotia Centre, 700 - 2nd
St. S.W.
Calgary, Alberta T2P 2W1

APLS
Box 861
Red Deer County, Alberta
T4N 5H3

Apparel Solutions
International
18030 - 107 Ave
Edmonton, Alberta T5S 1P4

ARD Equipment Ltd
1235 H 40 Ave NE
Calgary, Alberta T2E 4P9

Artemis Services Company
LLC
PO Box 1404
Chehalis, WA 98532

Artic Truck Parts & Service
7947 Edgar Indusrial Drive
Red Deer County, Alberta
T4P 3R2

AT&T Corporation
PO Box 5019
Carol Stream, IL 60197-5019

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197- 6463

ATS Logistics Services, Inc
PO Box 1450
Minneapolis, MN 55485

Audis Byrd
4185 FM 1002 S
Big Sandy, TX 75755

Austin Distributing
PO Box 7890
Amarillo, TX 79114

BAKERCORP
PO Box 843596
Los Angeles, CA 90084-3596

BDI Canada Inc
PO Box 57379 STN A
Toronto, Ontario M5W 5M5

Bedrock Capital Inc
7915 Edgar Industrial Way
Red Deer County, Alberta
T4P 3R2

Bell Canada
PO Box 1550
North York, Ontario M3C 3N5

Belmar Consulting Group
212 - 4268 Lozells Ave
Burnaby, British Columbia
V5A 0C6

Best Pump Works
PO Box 7095 6461 Reynolds
Road
Tyler, TX 75711

Best PumpWorks
PO Box 846334
Dallas, TX 75284-6334

Best Western - Edson
300, 52nd St.
Edson, Alberta T7E 1V8

Best Western - Grande
Cache
PO Box 1200
Grande Cache, Alberta T0E
0Y0

Best Western - Red Deer
6839 - 66 Street
Red Deer County, Alberta
T4P 3T5

Best Western- Grande Prairie
10745-117 Avenue
Grande Prairie, Alberta T8V
7N6

BFI Canada
8028 Edgar Industrial Green
Red Deer County, Alberta
T4P 3S2

Big Dogs Truck & Car Wash
6670 - 71 St
Red Deer County, Alberta
T4P 3Y7

Big Horn Crane Service Ltd.
Box 5190
High River, Alberta T1V 1M4

Big Steel Box
PO Box 333
Salmon Arm, British
Columbia V1E 4N5

Big Tow
4083 78 St Cres
Red Deer County, Alberta
T4P 3E3

Black Tiger Fuels
Box 330
Slave Lake, Alberta T0G 2A0

BLACKGOLD Emergency
Planners Inc
4715B -1st Street SW
Calgary, Alberta T2G 0A1

Blake, Cassels & Graydon
LLP
Suite 3500, East Tower
Bankers Hall, 855 - 2nd St.
S.W.
Calgary, Alberta T2P 4J8

Bluecross Blueshield Of
Texas
PO Box 731428
Dallas, TX 75373-1428

BlueLine Rental, LLC
2201 Timberloch Place #225
The Woodlands, TX 77380

Bluewave Energy
#236, 4919 - 59 Street
Red Deer County, Alberta
T4N 6C9

BMO Financial Group
ATTN: Ravinder Gill
100 King Street W
24th Floor
Toronto, Ontario M5X 1A1

Bold Production Services,
LLC
Dept. 748 P.O. Box 4346
Houston, TX 77210-4346

Borden Ladner Gervais LP
Centennial Place, East Tower
1900, 520-3 Ave SW
Calgary, Alberta T2P 0R3

Bowne of Canada Ltd.
c/o T10022 PO Box 10022
Postal Stn A
Toronto, Ontario M5W 2B1

Bracewell & Giuliani LLP
PO Box 848566
Dallas, TX 75284-8566

Bracewell & Giuliani LLP
PO Box 848566
Dallas, TX 75284-8566

British Columbia Securities
Commission
12th Floor - 701 Georgia
Street West
Vancouver, British Columbia
V7Y 1K8

Broadridge
PO Box 57461 Postal Station
A
Toronto, Ontario M5W 5M5

Bruin's Plumbing & Heating
Ltd
7026 Johnstone Drive
Red Deer County, Alberta
T4P 3Y6

Buffco
4000 Hwy 31 N.
Kilgore, TX 75662

Burgess Transportation
Services
P.O. Box 2505
Petitcodiac, New Brunswick
E4Z 6H4

BURNELL & ASSOCIATES
INC.
Box 43070
Calgary, Alberta T2J 7A7

Burstall Winger, LLP
Suite 1600 Dome Tower
333 7th Ave SW, Cleo TD
Square
Calgary, AB T2P 2Z1

Bushell Transport Company
Ltd
Box 2020
St Albert, AB T8N 2G3

Bushell Transport Company
Ltd.
Box 2020
St. Albert, Alberta T8N 2G3

Calgary Fasteners & Tools
4550 72nd Ave. S.E.
Calgary, Alberta T2C 3Z2

Caliber Paint & Body Inc.
110-7320B Johnstone Drive
Red Deer County, Alberta
T4P 3Y6

Cam Clark Ford
1001 Highland Park
Boulevard NE
Airdrie, Alberta T4A 0R2

Canadian Discovery Ltd
300, 706-7th Ave SW
Calgary, Alberta T2P 0Z1

Canadian Freightways
Limited
PO Box 1236 STN MAIN
Edmonton, Alberta T5J 2M4

Canadian Linen and Uniform
Service
Box 51072 RPO Tyndall
Winnipeg, Manitoba R2X 3C6

Canadian Pacific Railway
Company
PO Box 2790 STN M
Calgary, Alberta T2P 2M7

Canadian Propane
Association
130 Albert Street, Suite 616
Ottawa, Ontario K1P 5G4

Canwest Propane Ltd
7905 - 50 Ave.
Red Deer County, Alberta
T4P 2V3

CAP Logistics
PO Box 5608
Denver, CO 80217

Capitol Bearing Service
PO Box 190
Round Rock, TX 78680

Carbo Ceramics
PO Box 201147
Dallas, TX 70560

CARBO Ceramics Inc.
PO Box 201147
Dallas, TX 75320-114

Cardinal Fleet Service LLC
333 16th Street SW
New Philadelphia, OH 44663

Carrizo Auto Supply
PO Box 756
Carrizo Springs, TX 78834

CAS Corporate Governance
Services
600, 815 - 8 Ave. S.W.
Calgary, Alberta T2P 3P2

CCS Midstream Services
1800, 140 - 10 Ave. S.E.
Calgary, Alberta T2G 0R1

CDW Canada
20 Carlson Court, Suite 300
Etobicoke, Ontario M9W 7K6

Centratech Technical
Services Inc
1, 7644 - 49th Avenue
Red Deer County, Alberta
T4P 1M4

Ceridian Benefits Services
3201 34th Street South
St. Petersburg, FL 33711

CFR Chemicals Inc
#915 4747 – 67th Street
Red Deer County, Alberta
T4N 6H3

Charlton & Hill Welding Inc.
2620 - 5 Ave. North
Lethbridge, Alberta T1H 6J6

Chevron Energy Technology
Company
1500 Louisiana St., Room
24010
Houston, TX 77002

Chinook Energy Inc.
700 - 700 2nd St SW
Calgary, Alberta T2P 2W1

Cintas
1235 - 23 Ave. S.E.
Calgary, Alberta T2G 5S5

Cintas Fire Protection
3349 SE Loop 410
San Antonio, TX 78222

City Centre Registry Inc.
#177, 401 - 9 Ave. S.W.
Calgary, Alberta T2P 3C5

Class A Janitorial Services
Inc.
PO Box 19534  PO South
Calgary
Red Deer County, Alberta
T3M 0V4

Clean Blast Services, Inc.
PO Box 677
Kennedale, TX 76060-0677

Clean Solutions Inc.
7915 Edgar Industrial Way
Red Deer County, Alberta
T4P 3R2

Clearview Glass Service Ltd.
8 Cuendet Industrial Way
Sylvan Lake, Alberta  T4S
2J7

Clearwater Specialty
Chemical Co.
Box 101
Blackfalds, Alberta T0M 0J0

Cliff's Towing Ltd
18420-118 A Ave
Edmonton, Alberta T5S 2M3

CMA Alberta
300 - 1210 8 St SW
Calgary, Alberta T2R 1L3

Coastal Chemical CO LLC
Dept. 2214
Dallas, TX  75312-2214

Cole International Inc.
PO Box 2718, STN M
Calgary, Alberta T2P 3C2

Comfort Inn & Suites
6846 66st.
Red Deer County, Alberta
T4P 3T5

Communications Group Red
Deer County Ltd.
7434 - 50 Ave.
Red Deer County, Alberta
T4P 1X7

Comp-U-Dopt
1602 Airline Drive
Houston, TX 77009

Computershare Trust
Company of Canada
11th Floor, South Tower, 100
University Ave
Toronto, Ontraio M5J 2Y1

Concept Controls Inc
1, 2315 - 30th Avenue NE
Calgary, Alberta T2E 7C7

Concept Controls Inc.
#1 2315-30 Avenue NE
Calgary, AB T2E 7C7

ConferTel
PO Box 8232
Vancouver, British Columbia
V6B 6N3

Cory Leon Moore
117 Parkcrest
Floresville, TX 78114

Country Inn & Suites by
Carlson
2481 39 Ave N.E.
Calgary, Alberta T2E 8V8

Creative Lodging Solutions
PO Box 896065
Charlotte, NC 28289-6065

CreditRiskMonitor.com, Inc.
704 Executive Boulevard
Suite A
Valley Cottage, NY 10989

Critical Workplace Solutions
100 Westland Crescent SW
Calgary, Alberta T3H 0W1

CRS Proppants LLC
P.O. Box 702067
Tulsa, OK 74170

CRYOCANADA, INC
530 McNicoll Ave
Toronto, Ontario M2H 2E1

Cryogenic Experts Inc.
531 Sandy Circle
Oxnard, CA 93036-0971

Cryogenic Experts, Inc.
531 Sandy Circle
Oxnard, CA 93036

Cryogenic Industries Service
Companies, LLC
PO Box 505183
St. Louis, MO 63150-5183

CS&P Technologies, LP
P.O. Box 130
Cypress, TX 77410

CS&P Technologies, LP
PO Box 130
Cypress, TX 77410

CST Performance Products
Corporation
14292 Koalstad Rd
Conroe, TX 77302

Culligan
1110 - 58 Ave. S.E.
Calgary, Alberta T2H 2C9

Cummins Western Canada
PO Box 2521 STN M
Calgary, Alberta T2P 0T6

D & R Septic
Box 747
Bentley, Alberta T0C 0J0

D and H Oil & Gas Services,
LLC
P.O. BOX 1755
Laredo, TX 78043

Dalmac Oilfield Services Inc.
4934-89 St.
Edmonton, Alberta T6E 5K1

Dana Transport, Inc
PO Box 74286
Cleveland, OH 44194-4286

Daniel R. Cook
390 North 100 West
Bountiful, UT 84010

DataDrill Communications Inc
6701 Fairmount Drive
Southeast
Calgary, AB T2H 0R6

DataDrill Communications
Inc.
6701 Fairmount Dr. S.E.
Calgary, Alberta T2H 0R6

DAVID PIWONKA-CYPRESS
FAIRBANKS ISD
TAX ASSESSOR-
COLLECTOR
Po Box 1807
Henderson, TX 75653-1807

DB Squared, INC
P.O. Box 3679
Federal Way, WA 98063

Delron Laser Products
(Calgary) Ltd.
105 Fisher Street
P.O. Box 277
Okotoks, Alberta T1S 1A5

DHL Express (Canada) Ltd.
200 Westcreek BLVD
Brampton, Ontario  L6T 5T7

Dickinson Wright PLLC
199 Bay Street, Suite 2200
Commerce Court West
Toronto, Ontario M5L 1G4

Dickinson Wright PLLC
199 Bay Street, Suite 2200
Commerce Court West
Toronto, Ontario M5L 1G4

DI-CORP
8750-53 Avenue
Edmonton, Alberta T6E 5G2

Diesel Shop
53428 Range Road 170
Yellowhead County, Alberta
T7E 3K8

Direct Energy Marketing Ltd
1200, 525 8 Ave SW
Calgary, Alberta  T2P 1G1

Direct Energy Regulated
Services
PO BOX 1520, 639 5th Ave
SW
Calgary, Alberta T2P 5R6

Dirt Works Ltd.
7134 Southglen Ave.
Edson, Alberta T7E 1N1

DISA INC
Dept. 890314 PO BOX
120314
Dallas, TX 75312-0314

DistributionNOW
PO Box 664, Stn M
Calgary, Alberta T2P 2J3

Donahue & Partners LLP
5 Times Square
New York, NY  10036

Downton's Transport Ltd
4514-46 Avenue
Lacombe, Alberta T4L 2C6

DRAGON ENERGY SALES
213 Spruce Street
Red Deer County,  AB T4E
1B4

Dragon Products, Ltd
PO Box 3127
Beaumont, TX 77704-3127

Drew's Food Services, LLC
1027 N Main Avenue
San Antonio, TX 78212

Dynamic Rubber, Inc
70 Rawls Rd
Des Plaines, IL 60018

E.C.S. Safety Services Ltd
Box 2109
Brooks, Alberta T1R 1C8

E.J. Cunningham Ltd.
PO Box 7404
Sussex Corner, New
Brunswick E4E 3B2

Eagle Auto Glass
P.O. Box 150325
Longview, TX  75615

Eagle Ford Lodges
PO Box 1930
Seguin, TX 78156-1930

Econo Lodge
10419 Alaska Road
Fort St. John, British
Columbia V1J 1B1

Egon Zehnder International
Inc
1 Place Ville Marie
Montreal, Québec H3B 3N2

Electrogas Monitors Ltd.
#1, 7961 - 49 Ave.
Red Deer County, Alberta
T4P 2V5

Elliott Electric Supply, Inc.
PO Box 630610
Nacogdoches, TX 75963

Emkay Canada Leasing Corp
109 Atlantic Ave., Suite 300
Toronto, Ontario  M6K 1X4

Endress+Hauser, Inc.
P.O. Box 663674
Indianapolis, IN 46266-3674

Enerflow Industries, Inc
19425 E. 54th ST
Broken Arrow , OK  74014

Energy Products LLC
PO BOX 7471
TULSA, OK 74157

Enform
5055 - 11 St. N.E.
Calgary, Alberta T2E 8N4

Enmax
PO Box 2900 Station M
Calgary, Alberta T2P 3A7

Enterprise Fleet Management
Exchange Inc
PO Box 843004
Kansas City, MT  64184-
3004

ENTERPRISE FM TRUST
PO Box 800089
Kansas City, MO  64180-0089

ENTERPRISE FM Trust
PO Box 800089
Kansas City MO 64180

EnviroShred Inc.
4378 116th Ave. S.E.
Calgary, Alberta T2Z 3Z9

Epcor
PO Box 500
Edmonton, Alberta T5J 3Y3

Ernst & Young LLP
PO Box 57104 Postal Station A
Toronto, Ontario M5W 5M5

Ernst & Young U.S. LLP
3712 Solutions Center
Chicago, IL 60677-3007

ESORSE Corporation
234 Eglinton Ave East, Suite 502
Toronto, Ontario  M4P 1K5

Excel Ford
2228 S.E. Loop
Carthage, TX 75633

Executive Auto Glass
#2 - 7859 Gaetz Ave.
Red Deer County, Alberta T4P 1M8

Executive Royal Inn North Calgary
2828 - 23rd Street NE
Calgary, Alberta T2E 8T4

Fairways Exploration & Production LLC
13430 Northwest Freeway, Suite 800
Houston, TX 77040

Federal Express Canada Ltd.
PO Box 4626 Toronto Stn A
Toronto, Ontario M5W 5B4

FedEx
PO Box 660481
Dallas, TX 75266-0481

FedEx Freight Inc.
DEPT CH PO Box 10306
Palatine, IL 60055-0306

Ferus Inc.
Suite 916, 401 - 9 Ave. S.W.
Calgary, Alberta T2P 3C5

FIBA Canning Inc
2651 Markham Road
Scarborough, Ontario M1X 1M4

Fifth Avenue Club
2nd Floor, 715 5 Ave SW
Calgary, Alberta T2P 2X6

Fifth Wheel
12114B 163 St.
Edmonton, Alberta  T5V 1H4

Fireball Express Courier Inc.
122-510 12 Avenue SW
Calgary, Alberta T2R 0X5

Firemaster Oilfield Services Inc.
4728 - 78A Street Close
Red Deer County,  Alberta T4P 2J2

First Choice Suites
2316 Uxbridge Drive NW
Calgary, Alberta  T2N 3Z6

First Flare and Repair, LLC
6551. S Revere Pkwy, Suite 200
Centennial, CO 80111

FIRST Insurance Funding of Canada
20 Toronto St. 7th Floor
Toronto, Ontario  M5C 2B8

FIRST Insurance Funding of Canada
20 Toronto Street, 7th Floor
Toronto, AB M5C 2B8

Flare Out Suppression
Bay #3 4604 13 St. N.E.
Calgary, Alberta T2E 6P1

Flare Out Suppression Systems
Bay 3 4604 13 Street NE
Calgary, AB  T2E 6P1

Flare Out Suppression Systems
Bay #3 4604 13 St. N.E.
Calgary, Alberta T2E 6P1

Fleet Lube Services Inc
PO Box 2920
Kilgore, TX 75663

FLEETPRIDE
P.O. Box 847118
Dallas, TX 75284-7118

Floresville Electric Light & Power System
P.O. Box 218, 1400 Fourth Street
Floresville, TX 78114

FMC Technologies Canada
10th Floor, 333-11 Ave. S.W.
Calgary, AB T2R 1L9

FMC Technologies, Inc
2825 W Washington
Stephenville, TX 76401

FMC Transport, Inc.
PO Box 218
Willow Springs, MO 65793

FORD
PO Box 4600 STN Agincourt
Scarborough Ontario M1S
5V2

Ford Credit Canada Leasing
PO Box 4600 STN Agincourt
Scarborough, Ontario M1S
5V2

Foresite Logistics
8145 - 106 Street
Grande Prairie, Alberta T8W
2H1

ForeSite Logistics
8145 - 106 Street
Grande Prairie, Alberta T8W
2H1

Fort Garry Industries Ltd.
2525 Inkster Blvd, RR 2 STN
Main
Winnipeg, Manitoba R3C 2E6

Fox Chapel Oilfield Services,
LP
PO Box 202056
Dallas, TX 75230-2056

French Ellison Truck Center,
LLC
P.O Box 732492
Dallas, TX 75373-2492

Fuel Energy Services Ltd
Bay 1, 18 Burnt Bluff Street
Red Deer County, Alberta
T4N 5E9

Fusion Glass
101-6660 Taylor Drive
Red Deer County, Alberta
T4P 1Y3

Garda Canada Security Corp.
1390 Barre Street
Montreal, Quebec H3C 1N4

Gator Testing Services, LLC
PO Box 10
Como, TX 75431

GCR Tire Centers
P.O. Box 910530
Denver, CO 80291-0530

Gibson Energy (U.S.) Inc.
PO Box 66512
Chicago, IL 60666-0512

Gibson Energy Partnership
1700, 440 - 2 Ave. S.W.
Calgary, Alberta T2P 5E9

Gibson Gas Liquids
1700, 440-2nd Ave. S.W.
Calgary, Alberta T2P 5E9

Government of Alberta
Provincial Court of Alberta,
Law Courts
1A Sir Winston Churchill
Square
Edmonton, Alberta T5J 0R2

GRAINGER
Dept 879694032 PO Box
419267
Kansas City, MO 64141-6267

Grand & Toy
PO Box 5500
Don Mills, Ontario M3C 3L5

Gray Reed & McGraw P.C.
1300 Post Oak Blvd, Suite
2000
Houston, TX 77056

Gray Reed & McGraw, P.C.
1300 Post Oak Blvd. Suite
2000
Houston, TX 77056

Great West Life
PO Box 7200 Stn. Main
Winnipeg, Manitoba R3C
4W4

Great West Life Assurance
Company
PO Box 1053
Winnipeg, MB R3C 2X4

Greatwest Kenworth
5909-St SE
Calgary, AB T2H1L8

Greatwest Kenworth
PO Box 5066, Station A
Calgary, Alberta T2H 1X1

Greatwest Kenworth Ltd. Red
Deer
6739 - 67 Avenue
Red Deer County, Alberta
T4P 1K3

Greenway Inn
5401 Highway 2A
Lacombe, Alberta T4L 1A9

Gregg Distributors Ltd.
16215 - 118 Ave
Edmonton, Alberta T5V 1C7

Greyhound Courier Express
C/O 3190
PO Box 15414 Station A
Toronto, Ontario M5W 1C1

Harvard Marine Petroleum
Training Institute
558 Highway 181 South
Floresville, Texas 78114

HCTRA
Dept 1, PO Box 4440
Houston, TX 77210-4440

Helmig Fire Equipment Inc
136 Cheviot Drive
Hinton, Alberta T7V1P8

High Arctic Energy Services
8112 Edgar Industrial Drive
Red Deer County, Alberta
T4P 3R2

Hoffer Flow Controls, Inc.
107 Kitty Hawk Lane
Elizabeth City, NC 27909

Holiday Inn Express & Suites
Kilgore
3308 US Hwy 259 N
Kilgore, TX 75662

Holiday Inn Express-Edson
4520-2nd Avenue
Edson, Alberta T7E 1C1

HOLT CAT
PO Box 911975
Dallas, TX 75391-1975

Howes Inc
Box 2282, 4713 Brentwood
Dr
Blackfalds, Alberta T0M 0J0

HSBC Mastercard
PO Box 11749 Station Main
Montreal, Quebec H3C 6T4

HSE Integrated
# 3 Industrial Drive
Sylvan Lake, Alberta T4S
1P4

Husky Energy Inc.
707 - 8 Ave. S.W.
Calgary, Alberta T2P 3G7

Husky Oil Marketing Co.
PO Box 6525 Stn D
Calgary, Alberta T2P 3G7

Husky Oil Operations Limited
707 - 8 Ave S.W. P.O. Box
6525, STN D
Calgary, Alberta T2P 3G7

Imperial Oil
237 - 4 Ave. S.W. PO BOX
2480 Station M
Calgary, Alberta T2P 3M9

IMS Global Corp.
104, 7370 Sierra Morena
Blvd S.W.
Calgary, Alberta T3H 4H9

Industrial Communications
1019 E. Euclid Ave.
San Antonio, TX 78212

Indy Graphics Group Inc.
#5 - 7659 Edgar Industrial Dr
Red Deer County, Alberta
T4P 3R2

Inergy Propane, LLC
2 Brush Creek Blvd. Suite
200
Kansas City, MO 64112

Infosat Communications
3130-114 Avenue S.E.
Calgary, Alberta T2Z 3V6

Institute of Chartered
Accountants of Alberta
580 Manulife Place 10180 -
101 St.
Edmonton, Alberta T5J 4R2

Intelica
4260, 888-3rd St. S.W.
Calgary, Alberta T2P 5C5

Intellog Inc.
417 3553 31 St. N.W.
Calgary, Alberta T2L 2K7

Internal Revenue Service
Special Procedures Staff -
Insolvency
P. O. Box 7346
Philadelphia, PA 19101-7346

IOSFinance
300 5520 Explorer Drive
Mississauga Ontario I4W 5L1

Iridium Risk Services Inc.
Suite 1100, Bow Valley
Square 3, 255 5 Ave. S.W.
Calgary, AB T2P 3G6

Iridium Risk Services Inc.
Suite 1100, 255 - 5 Ave. S.W.
Calgary, Alberta T2P 3G6

Iron Mountain Information
Management LLC
PO Box 27128
New York, NY 10087-7128

J.J. Keller & Associates, Inc
PO Box 548
Neenah, WI 54957-0548

JET Speciality Inc
PO Box 678286
Dallas, TX 75267-8286

JFP Services, LLC
P.O. Box 81162
Lafayette, LA 70598

Joe P Maxey Revocable
Trust
8810 S. Yale Ave
Tulsa, OK 74137

Johnson Oil Company
P.O. Drawer 1959
Gonzales, TX 78629

Joseph E. Myers
505 Cherryridge
Floresville, TX 78114

Kal Tire True Service
PO Box 1240
Vernon, British Columbia V1T
6N6

Kemper Valve and Fittings
Corp.
PO Box 66246
Chicago, IL 60666-0246

Kenworth of Canton
3350 Bruening Avenue SW
Canton, OH 44706

Key Towing & Storage Ltd.
4083-78 Street Cres.
Red Deer County, Alberta
T4P 3E3

Kilgore Hose & Specialty
Warehouse LLC
3103 HWY 135 NORTH
BLDG 1
KILGORE, TX 75662

Kilgore Print Centre
116 S Rusk St
Kilgore, TX 75662-2530

Kimball Midwest
Dept. L2780
Columbus, OH 43260-2780

King Krebs & Jurgens PLLC
201 St. Charles Avenue, 45th
Floor
New Orleans, LA 70170

Kleinfelder Canada Inc.
600, 707-7th Avenue S.W.
Calgary, Alberta T2P 3H6

Koch Fuels Products Inc.
4321 - 54 Ave.
Red Deer County, Alberta
T4N 4L9

Ko-Hen Electronics
6022 - 67A Street
Red Deer County, Alberta
T4P 3E8

Lambert
10328 - 81 Ave. Suite 200
N.W.
Edmonton, Alberta T6E 1X2

Lambert Trucking (1994) Ltd.
1525 Walter Way N.W
Medicine Hat, Alberta T1C
1X3

Lamberti Canada Inc.
#15B 39207 RR271
Red Deer County, Alberta
T4S 2M4

Lamberti Canada, Inc.
#15B, 39207 - RR271
Red Deer County, Alberta
T4S 2M4

LaQuinta Inn & Suites -
Floresville
1910 10 St.
Floresville, TX 78114

LaQuinta Inn & Suites- San
Antonio Airport
850 Halm Blvd
San Antonio, TX 78216

Legacy Safety and
Consulting LLC
PO Box 3891
Hobbs, NM 88241

Les Derksen and Tina
Derksen
RR1, Site 6, Box 12
Sexsmith, Alberta T0H 3C0

Lewis-Goetz and Company
Inc
PO Box 644819
Pittsburg, PA 15264-4819

Little Dipper
Box 10457
Lloydminster, Alberta T9V
3A6

Live Oak Truck Shop
P.O. Box 2208
Decatur, AL 35609-2208

Loomis Express
200 Westcreek Blvd.
Brampton, Ontario L6T 5T7

Louisiana Department of
Natural Resources Office of
Conservation
P.O. Box 94008
Baton Rouge, LA 70804-
9008

Luxor Emporium & Cafe
937-7 Ave S.W.
Calgary, Alberta T2P 1A5

Mark Staffing Solutions Inc.
360, 734 7 Avenue S.W.
Calgary, Alberta T2P 3P8

Marketwire L.P.
25 York Street, Suite 900 PO
Box 403
Toronto, Ontraio M5J 2V5

Mary E Sandoval Dimmit
County Tax Office
PO Box 425
Carrizo Springs, TX 78834

MAS-Pro Oilfield Supply
#120, 134 Queens Drive
Red Deer County, Alberta
T4P 0R4

Matheson Tri-Gas Inc
Dept 3028 PO Box 123028
Dallas, TX 75312

McKees Rocks Industrial
Enterprises Inc
149 Nichol Avenue -Main
Office
McKees Rocks, PA 15136

MEDSAFE
PO Box 1929
Marshall, TX 75671

Mercer (US), Inc.
PO Box 730212
Dallas, TX  75373-0212

Mesquite Logistics LLC
131 Westwood Way
San Antonio, TX 78218

Mesquite Logistics USA Inc

100 Fairway Dr.
Kerrville, TX 78028

Metano Energy LP
7330 San Pedro Ave., Suite
620
San Antonio, TX 78216

MGM Lincoln Ford
3010 - 50 Avenue
Red Deer County, Alberta
T4R 1M5

MHC Kenworth - Longview
PO Box 879269
Kansas City, MO 64187-9269

Micron Industries Inc.
#4, 7621 Edgar Industrial
Drive
Red Deer County, Alberta
T4P 3R2

Microsoft Corporation
PO Box 848529
Dallas, TX  75284-7255

Microsoft Licensing, Gp
P.O. Box 7808 Postal Station
A
Toronto, ON M5W 4E1

Mid-West Glass Edson 1995
Ltd.
Box 6217
Edson, Alberta T7E 1T7

Mike Sullivan- Tax Assessor-
Collector
PO Box 4622
Houston, TX 77210-4622

Miles Davison LLP
900, 517 - 10 Avenue SW
Calgary, Alberta T2R 0A8

Miller Thomson LLP
3000, 700 - 9 Ave. S.W.
Calgary,  Alberta T2P 3V4

Milton Seiler, LLC
607 Pride Drive
Hammond, LA 70401

Minister of Finance - AB
401 Provincial Building
Red Deer County,  AB  T4N
6K8

Minister of Finance - N.B.
140 Alison Blvd PO Box 1998
Fredericton, New Brunswick
E3B 5G4

Minister of Finance - Quebec
545 Boul. Cremazie Est. 4E
stage
Montreal, Quebec  H2M 2V2

Minister of Finance- MB
Provincial Court 100 - 373
Broadway
Winnipeg, Manitoba  R3C
4S4

Motel 6-Grande Prairie
15402-101 St.
Grande Prairie, TX T8V 0P7

Motion Industries, Inc
4536 Macro
San Antonio, TX 78218

MR Control Systems
International Inc.
#160, 1209-59 Ave SE
Calgary, Alberta T2H 2P6

MRL Integrated Solutions
Ltd.
3763 19th Street NE
Calgary, Alberta T2E 6S8

Napa Auto Parts
#5-6013, 48th Ave
Red Deer County, Alberta
T4N 3V5

Napa Traction - Edson
PO Box 6329 4833 2 Ave.
Edson, Alberta T7E 1T8

National Leasing
1525 Buffalo Place
Winnipeg, MB R3T 1L9

Nationwide Trailers, LLC
8410 N Frwy
Houston, TX 77037

NAVEX Global, Inc.
75 Remittance Drive, Suite
3055
Chicago, IL 60675-3055

NDIC Oil and Gas Division
600 East Boulevard Ave Dept
405
Bismarck, ND 58505-0840

Neopost Canada Ltd.
150 Steelcase Road West
Markham, Ontario L3R 3J9

New Era Technology Inc
# 300, 633 6th Avenue S.W
Calgary, Alberta T2P 2Y5

Newalta Corporation
211 - 11th Avenue SW
Calgary, Alberta T2R 0C6

Noah's Quality Water
Services Inc.
21 Forest Close
Red Deer County, Alberta
T4N 4Z7

Noble Energy, Inc.
Attention: Accounts Payable
P O Box 909
Ardmore, OK 73402

Norman G. Jensen, Inc.
c/o Livingston International,
Inc 150 Pierce Rd., #500
Itasca, IL 60143

Norman G. Jensen, Inc.
c/o Livingston International,
Inc PO Box 5640
Toronto, Ontario M5W 1P1

NOV Enerflow ULC
c/o C25057C/U
PO Box 2521 Stn M
Calgary, Alberta T2P 0T6

Nova Permits and Pilot Cars
Suite S235, 2800 Ave
St-Jean-Baptiste, Quebec
G2E 6J5

Nova Scotia Securities
Commission
PO Box 458
Halifax, NS B3J 2P8

Office Depot, Inc
PO Box 88040
Chicago, IL 60680-1040

Officestuff Inc.
32 Westwinds Cres. N.E.
Suite 235
Calgary, Alberta T3J 5L3

Ohio CAT
PO Box 774439, 4439
Solutions Center
Chicago, IL 60677-4004

Ohio Department of Natural
Resources
Division of Oil and Gas
Resources Management
2045 Morse Rd., F-2
Columbus, OH 43229-6693

Ohio Department of Taxation
PO Box 182131
Columbus, OH 43218-2131

Oil & Gas Index
405 - 14 Ave. N.E.
Calgary, Alberta T2E 1E6

Oklahoma Corporation
Commission
Oil and Gas Division
2101 N Lincoln Blvd
Oklahoma City, OK 73105

Olympia Trust Company:
2300, 125 – 9th Avenue S.E.
Calgary, Alberta T2G 0P6

Olympia Trust Company:
2300, 125 – 9th Avenue S.E.
Calgary, Alberta T2G 0P6

One Stop Licence Shop Ltd
7-5105 76 A St. Close
Red Deer
Alberta
T4P 3M2

Ontario Securities
Commission
20 Queen Street West,
22nd Floor
Toronto, ON M5H 3S8

O'Reilly Auto Parts
PO Box 9464
Springfield, MT 65801-9464

Owen Bird Law Corporation
PO Box 49130: Three Bentall
Centre
Vancouver, British Columbia
V7X 1J5

Pace Creative Group Ltd
2524 7th Avenue NW
Calgary, Alberta T2N 1A4

Paper Cuts Ltd
1B, 6850 - 52 Avenue
Red Deer County, Alberta
T4N 4L1

Paradise Inn and Suites
Box 238 3609 Hwy St.
Valleyview, Alberta T0H 3N0

Pel-State Services
P.O. Box 95386
Grapevine, TX 76099-9734

Penney Steamers
P.O. Box 15, Site 2, R.R. 3
Ponoka, Alberta T4J 1R3

Peterbilt
27-38403 Burnt Lake trail
Red Deer County, Alberta
T4S 2L4

Petra Freight Forwarding Inc
PO Box 570
La Broquerie, Manitoba R0A
0W0

Petrocanada (Suncor Energy
Products Partnership)
P.O. Box 1720 Stn M
Calgary, Alberta
Canada T2P 0A2

Petroleum Services
Association of Canada
(PSAC)
Suite 1150, 800 - 6 Ave. S.W.
Calgary, Alberta T2P 3G3

Pilot Logistics Services
P.O. Box 677766
Dallas, TX 75267-7766

Pitney Bowes
PO Box 280
Orangeville, Ontario L9W
2Z7

Pitney Bowes Postage By
Phone
PO Box 371874
Pittsburgh, PA 15250-7874

Pitney Works
P.O. Box 280
Orangeville, Ontario L9W
2Z7

Planet Coffee Company Ltd.
Bay F, 7058 Farrell Rd. S.E.
Calgary, Alberta T2H 0T2

Platinum Glass Ltd
4412 Ryders Ridge Blvd
Sylvan Lake, Alberta T4S 0J7

PNC Bank Canada Branch
1 Place Ville Marie, Suite
2001
Montreal, Quebec  H3B 2C4

PNC Bank Canada Branch
1 Place Ville Marie, Suite
2001
Montreal, Quebec  H3B 2C4

PNC Business Credit Canada
The Exchange Tower
130 King Street West,
Suite 2140

Toronto, Ontario M5X 1E4

PNC Business Credit Canada
The Exchange Tower
130 King Street West,
Suite 2140
Toronto, Ontario M5X 1E4

PND Corporation
14320 NE 21st, Suite 6
Bellevue, WA 98007

Podollan Inn
10612 -99th Avenue
Grande Prairie, Alberta T8V
8E8

Pollock Paper Distributors
PO Box 660005
Dallas, TX 75266-0005

Pomeroy Hotel
11308 Alaska Road
Fort St John, British
Columbia  V1J 5T5

Pomeroy Inn & Suites
11308 Alaska Road
Fort St John, British
Columbia V1J 5T5

Pomeroy Lodging
11633-100th Street
Grande Prairie, Alberta T8V
3Y4

Poor Boy Trucking Ltd.
SS2, Site 20, Comp. 26
Fort St. John, British
Columbia V1J 4M7

Power Funding Ltd
PO Box 95260
Grapevine, TX 76099-9752

Powersource Transportation
Inc
2023 N Lafayette Court
Griffith, IN  46319

Powersource Transportation
Inc.
2023 N. Lafayette Court
Griffith, IN 46319

Precision Pump & Valve, LLC
PO Box 16653
Lake Charles, LA 70616

Preferred Sands of Canada
ULC
100 Matsonford Road, Suite
101
Radnor, PA 19087

Preferred Sands of
Wisconsin, LLC
One Radnor Corporate
Center
100 Matsonford Road, Suite
101
Radnor, PA 19087

Pricewaterhouse Coopers
354 Davis Road, Suite 600
Oakville, Ontario  L6J 0C5

Pricewaterhouse Coopers
LLP
354 Davis Road, Suite 600
Oakville, Ontario L6J 0C5

Pro N2 Ltd
Box 6119
Innisfail, AB  T4G 1S8

Pro-Gas Services, LLC
5613 DTC Pkwy. Ste. 310
Greenwood Village, CO
80111-3031

Progressive Waste Solutions
of TX
PO Box 660043
Dallas, TX 75266-0043

Prop Equipment Systems Inc
108-55202 SH825
Sturgeon County, Alberta
T8L 5C1

Pro-Stitch Apparel
#4 - 7620 Edgar Industrial
Drive
Red Deer County,  Alberta
T4P 3R2

Pump Interactive Inc
205, 822 - 11 Ave S.W.
Calgary, Alberta T2R 0E5

Pumps & Pressure Inc
7018 Johnstone Drive
Red Deer County, Alberta
T4P 3Y6

Purolator Inc.
P.O. Box 1100
Etobicoke, ON M9C 5K2, CA

Quatro Services Inc.
155 Canterbury Dr. S.W.
Calgary, Alberta T2W 1H3

Quest Signs & Decals Inc
29 Baird Street
Red Deer County, Alberta
T4R 1K5

Railroad Commission of
Texas
P.O. Box 12967
Austin, Texas 78711-2967

Railroad Commission of
Texas
PO Box 12967
Austin, TX  78701

Rainbow Waste
Box 7234
Edson, Alberta T7E 1V5

Ram Supply & Distribution
Bay #5-4845 79th Street
Red Deer County,  Alberta
T4P 2T4

Ramada Inn
6853 - 66 Street
Red Deer County, Alberta
T4P 3T5

RBS BULK SYSTEMS INC
PO BOX 762
WINNIPEG, Manitoba R3C
2L4

Receiver General of Canada
PO Box 1046, Station "B"
Ottawa, Ontario K1P 5SP

Red Ball Oxygen Co. Inc.
PO Box 7316
Shreveport, LA 71137-7316

Red Deer County
38106, Range Road 275
Red Deer County, Alberta
T4S 2L9

Red Deer County Fasteners
& Tools Ltd
#7, 4999 - 76St.
Red Deer County, Alberta
T4P 1T5

Red Deer County Lodge
4311-49 Avenue
Red Deer County, Alberta
T4N 5Y7

Red Deer Lock & Safe
1, 6264 - 67A Street
Red Deer County,  Alberta
T4P 3E8

Red Deer Valve & Fitting
Unit 4, 4910 - 78 Street
Red Deer County, Alberta
T4P 3W9

Redwood Inn & Suites
8117-99 Street
Clairmont, Alberta T0H 0W0

Reliance Industrial Products
Ltd.
606 - 19 Ave
Nisku, Alberta T9E 7W1

Reliance Industrial Products,
Ltd.
606 -19th Avenue
Nisku, Alberta T9E 7W1

Renegade Oilfield Services
Unit B 66-38403 Burnt Lake
Cres,
Red Deer County, Alberta
T4S 2L4

Renown Industries Ltd.
5608 - 94A Street
Edmonton, Alberta T6E 3E4

RFS Canada
PO Box 7446 Station A
Toronto, Ontario M5W 3C1

Ricoh Canada Inc.
300 5520 Explorer Drive
Mississauga, Ontario L4W
5L1

Robert Roberts
Box 66
Okotoks, AB  T1S 1A4

Rona Revy Inc
CP 1011
Boucherville,  Quebec J4B
0B3

Rona Revy Inc./Totem
6920-29 Ave. N.W.
Calgary, Alberta T3B 0J4

Rosenau Transport Ltd.
Suite 200 - 2950 Parsons
Road
Edmonton, Alberta T6N 1B1

Roydale Rentals Inc
4629 46th Street
Red Deer County, Alberta
T4N 1M7

Safelite Auto Glass
P.O. Box 633197
Cincinnati, OH  45263-3197

Salesforce.com Canada
Corporation
C/O 913321, PO BOX 4090
STN A
Toronto, Ontario M5W 0E9

San Antonio Premier Internal
Medicine, PLLC
1032 S WW White Road
San Antonio, TX 78220

Sandman Hotel
310 1755 West Broadway
Vancouver, British Columbia
V6J 4S5

Santrol- Ohio
PO BOX 931184
CLEVELAND, OH
44193−1335

Sard Verbinnen & Co., LLC
630 Third Avenue
New York, NY  10017

Sard Verbinnen & Co., LLC
630 Third Avenue
New York, NY 10017

Saskatchewan Securities
Commission
Suite 601, 1919
Saskatchewan Dr.
Regina, Saskatchewan  S4P
4H2

Satellite Shelters, Inc.
2530 Xenium Lane North Ste
150
Minneapolis, MN 55441

SC Fuels
PO BOX 14014
Orange, CA 92863-14014

Schlumberger Canada Ltd.
c/o C09639C PO Box 9639
Stn M.
Calgary, Alberta  T2P 0E9

Second Real Properties
Limited
Suite 200, 540 - 5 Ave. S.W.
Calgary, Alberta T2P 0M2

Secure Energy Services
Suite 1201, 333 - 7th Ave.
S.W.
Calgary, Alberta  T2P 2Z1

Serva Group LLC
PO Box 8121
Wichita Falls, TX 76307

ServaGroup LLC
5830-51 Street S.E.
Calgary, Alberta T2C 4M9

ServaGroup LLC
1045 Keystone Avenue
Catoosa, OK 74015

Servicemaster of Calgary
Downtown
#4, 1450-28 Street NE
Calgary, Alberta T2A 7W6

ServIS Inc.
102, 206 - 7 Ave. S.W.
Calgary, Alberta T2P 0W7

SFJ Inc.
345 Sakitawaw Trail
Fort McMurray, AB T9H 5E7

Shaw
PO Box 2468 Stn Main
Calgary, Alberta T2P 4Y2

Shippers Supply
301 8026 Edgar Industrial
Crescent
Red Deer County, Alberta
T4P 3R3

Shooters Light Oilfield
Hauling
P.O. Box 25112
Red Deer County, Alberta
T4R 2M2

Shred-it
1034 -72nd Ave NE
Calgary, Alberta T2E 8V9

Sierra Septic Solutions
PO Box 1300
Red Deer County, Alberta
T4N 7B6

Skyline Displays of Houston
7885 Northcourt Road
Houston, TX 77040

Skyline Executive Suites, Ltd.
11757 Katy Freeway, Suite
1300
Houston, TX 77079

Skystone Engineering
100, 3016-19th Street NE
Calgary, Alberta T2E 6Y9

Smash & Sons Contracting
Ltd.
713046 RR 65
Grande Prairie, Alberta T8W
5E7

Society of Petroleum
Engineers
222 Palisades Creek Drive
Richardson, TX 75080

Source Energy Services
Logistics, US, LP
6565 N. MacArthur Blvd,
Suite 250
Irving, TX 75039

Source Office Furnishings
1248 - 36 Ave. N.E.
Calgary Alberta T2E 6N5

Southwest Proppants &
Services, LLC
3938 CR 1290
Odessa, TX 79765

Sparta Engineering
702-1st Ave NW, PO Box
365
Linden, Alberta T0M 1J0

Speciality Trailer Leasing
P.O. Box 51166
Amarillo, TX 79159-1166

SPM Flow Control Inc.
PO BOX 99395
Ft. Worth, TX 76199-3095

SPM Flow Control Ltd
Unit A 8060 Edgar Industrial
Cres
Red Deer County, Alberta
T4P 3R3

Spring Branch I.S.D Tax
Office
PO Box 19037
Houston, TX 77224

SSP Converged Solutions
3900, Boul. Des Chenaux
Trois-Rivieres, Quebec G8Y
1A4

St. Regis Management Inc
18113-107 Ave
Edmonton, Alberta T5S 1K4

Staples Advantage
C/O C25043C, PO Box 2524,
STN M
Calgary, Alberta T2P 1B1

Sterling West Credit Corp
207-4209 99 St.
Edmonton, Alberta T6E 5V7

Stim-Lab Inc.
7406N. Highway 81
Duncan, OK 73533

Stinger Wellhead Protection,
Inc.
4301 Will Rogers Parkway,
Suite 600
Oklahoma City, OK 73108

StrataGen Inc.
PO Box 203250
Dallas, TX 75320

Stratton Oilfield Systems
2 Park Lane, Suite 201
Hilton Head Island, SC 29928

Sun Coast Resources, Inc.
PO Box 202603
Dallas, TX 75320

Sunsource
PO Box 730698
Dallas, TX 75373-0698

Super 8 - Fox Creek
206 Highway Ave.
Fox Creek, Alberta T0H 1P0

Superior Propane
P.O. Box 2875, Stn. M
Calgary, Alberta T2P 5G1

Superior Trailer Leasing
501 Highway 80 East
Sunnyvale, TX 75182

Superior Trailer Sales Co.
501 Highway 80 East
Sunnyvale, TX 75182

Superior Wash & Storage Inc
10808 - 99 St.
Clairmont, Alberta T0H 0W2

Sussex Auto Parts ltd.Napa
Store #7730 792 Main St.
Sussex, New Brunswick E4E
2M5

Sustain Energy Inc
2841b 39 St. SW
Calgary, Alberta T3E 3G8

Sylvan Auto Centre Inc.
5016 50 Avenue
Sylvan Lake, Alberta T4S
1S3

SynOil Energy Services
2000, 300-5 Ave SW
Calgary, Alberta  T2P 3C4

T & W Tire LLC
PO BOX 974474
Dallas, TX 75397-4474

T.R. Transport Inc.
#4, 39125 Range Road 10
Red Deer County, Alberta
T4S 2E3

TAMMY J. MCRAE
400 N San Jacinto
Conroe, TX 77301-2823

TBM Group
108-55202 SH825
Sturgeon County, Alberta
T8L 5C1

TBM Sand & Storage
Logistics, LLC
4750 Kimberly Farms Drive
Anderson, CA 96007

TecERA Inc
168 Edgevalley Circle NW
Calgary, Alberta T3A 4X8

Telebyte Communications
Inc.
6816 - 50 Ave
Red Deer County, Alberta
T4N 4E3

Telus Communications
PO Box 7575 Stn. Terminal
Vancouver, British Columbia
V6B 8N9

Telus Mobility
PO Box 8950 Stn. Terminal
Vancouver, British Columbia
V6B 3C3

TeraGo Networks Inc.
PO Box 8956 Postal Station
A
Toronto, Ontario M5W 2C5

TerraStar, Incorporated
11 North Main St.
Waynesburg, OH 44688

Texas Auto Carriers, Inc.
5765 Bicentennial St.
San Antonio, TX 78219

Texas Chrome Transport,
LLC
16233 IH 35 South
Atascosa, TX 78002

Texas Comptroller of Public
Accounts
Revenue Accounting Division
- Bankruptcy Section
P.O. Box 13528 Capitol
Station
Austin, TX 78711

Texas Department of Public
Safety
6502 South New Braufels
Ave
San Antonio,  TX 78223

Texas Workforce
Commission
TWC Building - Regulatory
Integrity Division
101 East 15th Street
Austin, TX 78778

The Gear Centre
15729-118 Ave
Edmonton, Alberta T5V 1B7

The Licensing Company
123-205 5 Ave SW
Calgary, Alberta T2P 2V7

The Lock & Safe Roome
Box 6146 515 – 50th Street
Edson, Alberta T7E 1T6

The Phone Experts
4724 - 60th Street
Red Deer County, Alberta
T4N 7C7

The Printing House Ltd.
1403 Bathurst St.
Toronto, Ontario M5R 3H8

Thermo Process Instruments,
L.P.
PO Box 742770
Atlanta, GA 30374-2770

Thompson & Knight LLP
PO Box 660684
Dallas, TX
75266-0684

Tire Centers, LLC
991 Post Oak Road
Kilgore, TX 75662

Titan Supply LP
5303 - 75 Street
Edmonton, Alberta T6E 5S5

Topco Oilsite Products Ltd.
9519 - 28 Ave.
Edmonton, Alberta T6N 0A3

Total Transload Services
ULC
108 55202 SH825
Sturgeon County, Alberta
T8L 5C1

Town of Edson
605 - 50 St. PO Box 6300
Edson, Alberta T7E 1T7

Traction
UAP #963, 6895 Menway
Court
Mississauga, Ontario L5S
1W2

Trenerry Consulting
135 Somerset Square S.W.
Calgary, Alberta T2Y 3E4

TRICOR
PO Box 397
Burlington Ontario L7R 3Y3

Tri-Line Carriers LP
P.O. Box 430
Hagersville, Ontario N0A 1H0

Tristar Contracting Ltd
14801-89 ST
Grande Prairie, Alberta T8X
0J2

Troyer Ventures Ltd.
9303 - 85 Ave.
Fort St. John, British
Columbia V1J 5Z3

Tru-Kare Tank & Meter
Service Ltd.
RR 1 Site 9, Box 2
Lacombe, Alberta T4L 2N1

Tuscora Rentals, LLC
832 Kaderly St. NW
New Philadelphia, OH 44663

Unifirst Canada Ltd.
4601 - 63st.
Red Deer County, Alberta
T4N 7A6

Unifirst Holdings, Inc.
3047 E. Commerce Street
San Antonio, TX 78220

Unimin Corporation
PO Box 198867
Atlanta, GA 30384

United Farmers of Alberta
PO BOX 2790 STATION M
Calgary, Alberta T2P 2M7

United Parcel Service Inc.
PO Box 7247-0244
Philadelphia, PA 19170-0001

United States Attorney
General
Department of Justice
950 Pennsylvania Avenue,
N.W.
Washington, D.C. 20530

United States Trustee
615 E. Houston, Suite 533
San Antonio, TX 78205

US EPA Region 6
Bankruptcy Contact
Fountain Place
1445 Ross Ave.
Dallas, TX 75202-2750

Utah Department of Natural
Resources
Division of Oil, Gas and
Mining
1594 West North Temple,
Suite 1210
Box 145801
Salt Lake City, Utah 84114-
5801

Van Houtte Coffee Services
Inc.
Bay 1, 2915 10 Ave. N.E.
Calgary, Alberta T2A 5L4

Vanguard Cleaning Systems
of Central Texas
11302 Sir Winston Street,
Suite 1
San Antonio, TX 78216

Varsity Chrysler
665 Goddard Avenue NE
Calgary, Alberta  T2K 6K1

Verizon Business
PO Box 660794
Dallas, TX 75266-0794

VistaVu Solutions Inc.
Suite 214, 30 Springborough
Boulevard SW
Calgary, Alberta T3H 0N9

VP Sales & Company LP
P.O. Box 408
Alice, TX 78333

Wabash National Trailer
Centers
RBC Charter One Bank Dept.
CH 16739
Palatine, TX 60055-6739

Walter Oil & Gas Corporation
1100 Louisana St, Suite 200
Houston, TX 77002

Weatherford Engineered
Chemistry
P.O. Box 301003
Dallas, TX 75303-1003

Weatherford Laboratories
C/O C00575, PO BOX 575
STN M
CALGARY, Alberta T2P 2J2

Wesclean Equipment &
Cleaning Supplies Ltd
11450-149 Street
Edmonton, Alberta T5M 1W7

Western Vacuum Services
4706 - 57 St.
Red Deer County, Alberta
T4N 2K6

Westmor Industries LLC
3 Development Drive
Morris, MN 56267

Westmor Industries, LLC
PO Box 683, 7 Industrial Blvd
Morris, MN 56267

Wheels On Safety Training
7897 - 48 Ave.
Red Deer County, Alberta
T4P 2H6

Wiebe Transport
14605-97 STREET
GRANDE PRAIRIE, Alberta
T8V 7B6

Wilson County Tax Office
Suite 1 - 2 Library Lane
Floresville, TX 78114

Worker's Compensation
Board - Alberta
PO Box 2323
Edmonton, Alberta T5J 3V3

Worker's Compensation
Board - BC
PO Box 9600 Stn Termninal
Vancouver, British Columbia
V6B 5J5

Workopolis
720 King Street West, 10th
Floor
Toronto, Ontario M5V 2T3

WS Leasing Ltd
# 403-960 Quayside Drive
New Westminister Ontario
V3M 6G2

Wurth Canada Limited
345 Hanlon Creek Blvd
Guelph, Ontario N1C 0A1

Xerox
P.O. Box 7405
Pasadena, CA 91109-7405

Zachary T. Shields
Callister Nebeker &
McCullough
10 East South Temple, Suite
900
Salt Lake City, UT 84133