IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re: § | |
| § | **Chapter 15 Case** |
| **GASFRAC ENERGY SERVICES,** § | |
| **INC.**, *et al.*, § | **CASE NO. 15-50161** |
| § | |
| Debtors in a foreign proceeding. § | **Jointly Administered** |

### NOTICE OF CLOSING OF SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS

PLEASE TAKE NOTICE that on April 2, 2015, Step Energy Services Ltd. (the "Purchaser") closed on its acquisition of substantially all the assets of GASFRAC Energy Services Inc., GASFRAC Energy Services Limited Partnership, GASFRAC Services GP Inc., GASFRAC US Holdings Inc., GASFRAC Inc., GASFRAC Energy Services (US) Inc. (collectively, the "Debtors") and GASFRAC Luxembourg S.a.r.l. (together with the Debtors, the "Sellers") pursuant to the transaction approved in the Court of Queen's Bench of Alberta's *Approval & Vesting Order* (attached as Exhibit A to Docket No. 85) and this Court's *Order Authorizing Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances and Interests and Recognizing and Giving Full Force and Effect to Order of the Canadian Court Approving Sale of Substantially All Assets* (Docket No. 85).

PLEASE TAKE FURTHER NOTICE that in connection with the closing, all of the Sellers' right, title and interest in the Purchased Assets, (as that term is defined in the Asset Purchase Agreement dated February 27, 2015)[1] were transferred to and vested in the Purchaser free and clear of any and all liens, claims, encumbrances and interests of any and every kind,

---

[1] The Purchased Assets are substantially all of the assets of the Sellers.

1

nature and description whatsoever, other than Permitted Encumbrances (as that term is defined in the Asset Purchase Agreement dated February 27, 2015).

Dated: April 7, 2015.  Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/Steve A. Peirce*
Steve A. Peirce
State Bar No. 15731200
steve.peirce@nortonrosefulbright.com

300 Convent Street, Suite 2100
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Louis R. Strubeck
State Bar No. 19425600
louis.strubeck@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

**COUNSEL FOR CANADIAN MONITOR**

83997155

**VINSON & ELKINS LLP**

By: ***/s/John E. West***
      Harry A. Perrin
      State Bar No. 15796800
      hperrin@velaw.com

      John E. West
      State Bar No. 21202500
      jwest@velaw.com

1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Telephone: (713) 758-2548
Facsimile: (713) 615-5016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice has been served upon the persons entitled to notice by either U.S. first class mail, postage prepaid or by electronic notification on April 7, 2015.

***/s/Steve A. Peirce***

83997155

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 15-50161 |
| **GASFRAC ENERGY SERVICES, INC.,** | § | Jointly Administered |
| *et al.*, | § | |
| | § | **Chapter 15** |
| Debtors in a foreign proceeding. | § | |

**LIMITED SERVICE LIST**

| | | |
|---|---|---|
| GASFRAC Energy Services, Inc.<br>1900, 520-3rd Avenue SW<br>Calgary, Alberta T2P 0R3<br>CANADA | GASFRAC Services GP Inc.<br>1900, 520-3rd Avenue SW<br>Calgary, Alberta T2P 0R3<br>CANADA | GASFRAC US Holdings Inc.<br>614 South DuPont Highway<br>Dover, DE 19901 |
| GASFRAC Energy Services Limited Partnership<br>1900, 520-3rd Avenue SW<br>Calgary, Alberta T2P 0R3<br>CANADA | GASFRAC Inc.<br>615 South DuPont Highway<br>Dover, DE 19901 | GASFRAC Energy Services (US) Inc.<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Borden Ladner Gervais LP<br>Centenial Place, East Tower<br>1900, 520-3 Ave SW<br>Calgary, Alberta T2P 0R3<br>CANADA | United States Trustee<br>615 E. Houston, Suite 533<br>San Antonio, TX 78205 | Harry Perrin<br>John West<br>Casey Doherty<br>Vinson & Elkins LLP<br>1001 Fannin Street, Ste 2500<br>Houston, TX 77002-6760 |
| Dickinson Wright PLLC<br>199 Bay Street, Suite 2200<br>Commerce Court West<br>Toronto, Ontario M5L 1G4<br>CANADA | Olympia Trust Company<br>2300, 125 – 9th Avenue SE<br>Calgary, Alberta T2G 0P6<br>CANADA | Internal Revenue Service<br>Special Procedures Staff<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Anna D. Gonzales<br>Wilson County Tax Assessor<br>2 Library Lane, Suite 1<br>Floresville, TX 78114 | Lamberti Canada Inc.<br>#15B 39207 RR271<br>Red Deer County<br>Alberta T4S 2M4<br>CANADA | Dana Transport, Inc.<br>PO Box 74286<br>Cleveland, OH 44194-4286 |
| TBM Sand & Storage Logistics, LLC<br>4750 Kimberly Farms Drive | Sourse Energy Services Logistics US LP<br>6565 N. MacArthur Blvd | Pel-State Services<br>PO Box 95386<br>Grapevine, TX 76099-9734 |

4

83997155

| | | |
|---|---|---|
| Anderson, CA 96007 | Suite 250<br>Irving, TX 75039 | |
| 3 Way Trucking Inc.<br>PO Box 1207<br>Boyd, TX 76023 | TBM Group<br>108-55202 SH825<br>Sturgeon County<br>Alberta T8L5C1<br>CANADA | DB Squared Inc.<br>PO Box 3679<br>Federal Way, WA 98063 |
| NOV Enerflow ULC<br>c/o C25057C/U<br>PO Box 2521 Stn M<br>Calgary, Alberta T2- 0T6<br>CANADA | Gibson Energy Partnership<br>1700, 440-2 Ave., SW<br>Calgary, Alberta T2P 5E9<br>CANADA | Weatherford Engineered Chemistry<br>PO Box 301003<br>Dallas, TX 75303-1003 |
| HSBC Mastercard<br>PO Box 11749 Station Main<br>Montreal, Quebec H3C 6T4<br>CANADA | Stratton Oilfield Systems<br>2 Park Lane, Suite 201<br>Hilton Head Island, SC 29928 | Prop Equip Systems Inc.<br>108-55202 SH 825<br>Sturgeon County<br>Alberta T8L 5C1<br>CANADA |
| Mary E. Sandoval Dimmit County Tax Office<br>PO Box 425<br>Carrizo Springs, TX 78834 | Troyer Ventures Ltd.<br>9303 – 85 Ave.<br>Fort St. John, British Columbia V1J 5Z3 | Chinook Energy Inc.<br>700 – 700 2nd St SW<br>Calgary, Alberta T2P 2W1<br>CANADA |
| United States Attorney General<br>Dept. of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530 | TX Comptroller Public Accts<br>Revenue Accounting Div.<br>Bankruptcy Section<br>PO Box 13528 Capitol Station<br>Austin, TX 78711 | TX Workforce Commission<br>TWC Bldg-Regulatory Integrity Div<br>101 East 15th Street<br>Austin, TX 78778 |
| Railroad Commission of TX<br>PO Box 12957<br>Austin, TX 78711-2967 | NDIC Oil and Gas Div.<br>600 E. Boulevard Ave<br>Dept. 405<br>Bismarck, ND 58505-0840 | Ohio Dept Natural Resources<br>Div of Oil and Gas<br>2045 Morse Rd., F-2<br>Columbus, OH 43229-6693 |
| Louisiana Dept Natural Resources<br>Office of Conservation<br>PO Box 94008<br>Baton Rouge, LA 70804-9008 | Oklahoma Corp. Commission<br>Oil and Gas Division<br>2101 N. Lincoln Blvd.<br>Oklahoma City, OK 73105 | Utah Dept of Natural Resources<br>Div. of Oil Gas and Mining<br>1594 W North Temple<br>Suite 1210<br>Salt Lake City, UT 84114-5801 |

5

83997155

| | | |
|---|---|---|
| US EPA Region 6 Bankruptcy Contact<br>Fountain Place<br>1445 Ross Avenue<br>Dallas, TX 75202-2750 | PNC Bank Canada Branch<br>1 Place Ville Marie, Suite 2001<br>Montreal, Quebec H3B 2C4<br>CANADA | Deborah Williamson<br>Cox Smith Matthews Inc.<br>112 E. Pecan Street, Ste 1800<br>San Antonio, TX 78205 |
| George B. Jurgens, III<br>Jeffrey M. Burmaster<br>King, Krebs & Jurgens PLLC<br>201 St. Charles Ave., 45th Fl.<br>New Orleans, LA 70170 | Patrick H. Autry<br>Branscomb PC<br>711 Navarro Street, Suite 500<br>San Antonio, TX 78205 | Jeffrey Carhart<br>jcarhart@millerthomson.com<br>Miller Thomson LLP<br>5800, 40 King Street W.<br>Toronto, ON M5H3S1<br>CANADA |
| Nicole Taylor-Smith<br>ntaylorsmith@millerthomson.com<br>Miller Thomson LLP<br>3000, 700 – 9 Avenue SW<br>Calgary, AB T2P 3V4<br>CANADA | Matthew Epps<br>mepps@preferred.com<br>Preferred Pipeline LLC<br>101, 100 Matsonford Road<br>Radnor, PA 19087 | Francis J. Lawall<br>lawallf@pepperlaw.com<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Philadelphia, PA 19103-2799 |
| John H. Schanne, II<br>schannej@pepperlaw.com<br>Pepper Hamilton LLP<br>5100, 1313 N. Market Street<br>Wilmington, DE 19899-1709 | Don Stecker<br>Linebarger Goggan Blair<br>711 Navarro Street, Ste 300<br>San Antonio, TX 78205 | John Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Roger S. Cox<br>Michael S. Smiley<br>Underwood Law Firm PC<br>PO Box 9158<br>Amarillo, TX 79105-9158 | John T. Banks<br>Perdue Brandon Fielder<br>3301 Northland Dr, #505<br>Austin, TX 78731 | Tahir A. Chaudhary<br>Parlee McLaws LLP<br>3300 TD Canada Trust Tower<br>421-7th Avenue SW<br>Calgary, AB T2P 4K9<br>CANADA |
| Enterprise FM Trust<br>PO Box 800089<br>Kansas City, MO 64180-0089 | Joe P. Maxey Revocable Trust<br>8810 S. Yale Ave., Ste F<br>Tulsa, OK 74137 | Skyline Executive Suites<br>11757 Katy Freeway, Suite 1300<br>Houston, TX 77079 |
| Specialty Trailer Leasing<br>PO Box 51166<br>Amarillo, TX 79159-1166 | Tuscora Rentals<br>832 Kaderly St NW<br>New Philadelphia, OH 44663 | |

83997155